UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **5**

------------------------------------------------

Moscoso-Caba

-v-

Chertoff

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **07-cv-8505**

JUDGE: **KMW**

DATE: **NOV. 19, 2007**

*[Stamp: U.S. DISTRICT COURT FILED NOV 19 2007 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                                          **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS


( ✓ ) Original Record                              ( ___ ) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **19th** Day of **NOVEMBER**, 2007.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

*Moscoso-Caba*

-v-

*Chertoff*

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8505

JUDGE: KMW

DATE: Nov. 18, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **19th** Day of **November** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, HABEAS

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08505-KMW
### Internal Use Only

Moscoso-Caba v. Chertoff
Assigned to: Judge Kimba M. Wood
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 10/02/2007
Date Terminated: 10/02/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by Gloria Moscoso-Caba.(laq) (Entered: 10/15/2007) |
| 10/02/2007 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 10/15/2007) |
| 10/02/2007 | 2 | ORDER OF DISMISSAL, Petitioner paid the filing fee in this action. The Court dismisses the petition for the reasons set forth.Accordingly, the application is dismissed....As petitioner has not made a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/2/7) (laq) (Entered: 10/15/2007) |
| 10/02/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/2/07) (laq) (Entered: 10/15/2007) |
| 11/13/2007 | 4 | NOTICE OF APPEAL from [3] Judgment - Sua Sponte (Petition). Document filed by Gloria Moscoso-Caba. (tp) (Entered: 11/19/2007) |
| 11/13/2007 | | Appeal Remark as to [4] Notice of Appeal filed by Gloria Moscoso-Caba. $455.00 APPEAL FEE DUE. IFP REVOKED 10/2/07. COA DENIED 10/2/07 (tp) (Entered: 11/19/2007) |
| 11/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 11/19/2007) |
| 11/19/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 11/19/2007) |