# MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
**CLERK OF COURT**

Date:              3/27/08

Docket Number: 07-5181-pr

Short Title:      Moscoso-Caba v. Chertoff

DC Docket Number: 07-cv-8505

DC:        SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th of March, two thousand eight.

Moscosco- Caba  v. Chertoff

FILED
MAR 27 2008
Catherine O'Hagan Wolfe, Clerk
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

Petitioner having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2254 or 2255 , and it appearing that the District Court denied petitioner's request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner comply with this Court's Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right.

Petitioner having failed to comply with the Second Circuit Local Rule 22(a), it is **ORDERED** that petitioner's request for a Certificate of Appealability is **DENIED** and **DISMISSED** with prejudice. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By:  Steglich

Anna Steglich, Deputy Clerk

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk

by_____
DEPUTY CLERK

Certified

MAR 27 2008